# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, a married man dealing with his sole and separate claim,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>2 OAKS CORNER LODGING LLC, a California limited liability company,<br><br>　　　　　　　　　Defendant. | Case No.:  26-CV-158 TWR (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>(ECF No. 10) |

Presently before the Court is Plaintiff Fernando Gastelum and Defendant 2 Oaks Corner Lodging LLC's Joint Motion to Dismiss with Prejudice ("Jt. Mot.," ECF No. 10), filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Good cause appearing, the Court **GRANTS** the Joint Motion.  Accordingly, as agreed by the Parties, the Court

/ / /

/ / /

/ / /

/ / /

/ / /

1

**DISMISSES WITH PREJUDICE** this case in its entirety, with each Party to bear its own attorneys' fees, costs, and expenses.  The Clerk of Court **SHALL CLOSE** the case.

     **IT IS SO ORDERED.**

Dated:  April 6, 2026

_____

Honorable Todd W. Robinson
United States District Judge

26-CV-158 TWR (BLM)